UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR98-0096ML |
| | ) | |
| MICHAEL CHARLTON | ) | |

---

MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS

Now comes Michael Charlton, the Defendant in the above captioned matter, by and through his counsel, moves this Honorable Court to remove the condition community confinement from the first five months of his pending supervised release. Attached is Mr. Charlton's memorandum in support of this motion.

Respectfully Submitted
Michael Charlton,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

**Certification**

I hereby certify that I caused this motion to be delivered to AUSA Gerard Sullivan, 50 Kennedy Plaza, 8th Floor, Providence 02903, and to USPO Kate Hopkins, 36 Exchange Terrace, Providence 02903 on this the 20th day of March, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR98-0096ML |
| | ) | |
| MICHAEL CHARLTON | ) | |

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS

The Court sentenced Mr. Charlton to 5 months incarceration followed by 31 months of supervised release as a result of his violation of previous supervised release conditions in this matter. The Court also placed the condition of community confinement on the first five months of Mr. Charlton's new supervised release period. The Court also ordered the incarceration to run concurrent with other state court sentences. The overall intent was for Mr. Charlton to serve all ten months from December, 2004, through September, 2005. Unfortunately, Mr. Charlton's situation was more complicated than anticipated and he has been continuously in custody as follows:

1. November 4, 2004, Mr. Charlton originally placed into custody by the State of RI;
2. December 7, 2004, Federal detainer lodged against Mr. Charlton at the ACI for this supervised release violation;
3. January 14, 2005, this Court's violation sentence imposed;
4. Eventually, Mr. Charlton was transferred to Federal Custody and sent to FCI Otisville, NY, to serve his 5 month violation sentence;
5. The BOP credited Mr. Charlton from November 4, 2004, to March 31, 2005, toward this violation sentence;
6. April 4, 2004, Mr. Charlton transferred to the custody of the Commonwealth of Massachusetts;
7. Mr. Charlton serves a 90 day sentence in MA until sent back to RI State custody on July 6, 2005;

8. Mr. Charlton ultimately received an 18 month sentence from the State of RI for the charges which were the basis for this violation and expects to be released from State custody in August, 2006.

As stated the intent for the sentence imposed here was to return Mr. Charlton back to the community through a half-way house program relatively quickly because he had a strong work history and good employment prospects. While the reasons for the community confinement condition on the supervised release period made sense in January, 2005, those reasons do not support this condition now. Mr. Charlton obviously received more incarceration on his State matters than anticipated by all of the parties here.

Mr. Charlton's entire 31 month supervised release period remains pending because of his incarceration. Supervised release, of course, is intended to assist a defendant to succeed in his long term rehabilitation. Enforcing five more months of incarceration on Mr. Charlton now, even in the form of community confinement, will not help in achieving his rehabilitation and likely retard the process. For all of these reasons Mr. Charlton requests that the Court remove the community confinement condition from his supervised release.

Respectfully Submitted
Michael Charlton,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Gerard Sullivan, 50 Kennedy Plaza, 8th Floor, Providence 02903, and to USPO Kate Hopkins, 36 Exchange Terrace, Providence 02903 on this the 20th day of March, 2006.