IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No.98-096ML
)
MICHAEL CHARLTON )

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS**

As a result of his violation of a previous sentence, the defendant, Michael Charlton ("Charlton") was sentenced to five months imprisonment followed by 31 months of supervised release with a condition that he spend the first five months of supervised release in community confinement. Charlton requests that the Court modify his conditions of release by lifting the requirement that he spend five months in community confinement. Charlton claims that the calculation of the time he had to serve on his state and federal sentences was more complicated than anyone realized at the time of sentencing. As a result, he served more time in prison than originally anticipated. Charlton reasons that this is just cause to modify the conditions of his release.

Charlton was originally charged with a firearm offense involving simple possession of a high powered rifle. It was a nonviolent, possessory offense. The circumstances of his violation, however, were more disturbing and involved the

possession of explosives and bomb making materials.

Charlton has mental health issues. At sentencing, the government reasoned that protection of the public could best be accomplished through mental health counseling rather than a period of confinement, particularly where confinement for any appreciable length of time was not an option.

After consulting with Charlton's probation officer, and consistent with the sentencing recommendation, the United States has no objection to Charlton's request to be relieved of the community confinement provision. He has served more actual prison time then was anticipated. Additional time in community confinement will serve no useful purpose. If his motion is granted, Charlton's probation officer will insure that he receives the necessary mental health counseling and will provide notice to all interested parties of his unrestricted release from incarceration.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar No. 3134

CERTIFICATE OF SERVICE

I hereby certify that on this 7th of April 2006, I served a copy of the within Government's Response to Defendant's Motion To Modify Supervised Release Conditions, by mailing same, postage prepaid, to:

Kevin J. Fitzgerald, Esq.
Assistant Federal Defender
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

Paulette E. Gamache