FILED
MAR 20 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR98-0096ML |
| | ) | |
| MICHAEL CHARLTON | ) | |

## MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS

Now comes Michael Charlton, the Defendant in the above captioned matter, by and through his counsel, moves this Honorable Court to remove the condition community confinement from the first five months of his pending supervised release. Attached is Mr. Charlton's memorandum in support of this motion.

Respectfully Submitted
Michael Charlton,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Granted.
Mary M. Lisi
USDJ 4/12/06

## Certification

I hereby certify that I caused this motion to be delivered to AUSA Gerard Sullivan, 50 Kennedy Plaza, 8th Floor, Providence 02903, and to USPO Kate Hopkins, 36 Exchange Terrace, Providence 02903 on this the 20th day of March, 2006.